FILED IN OPEN COURT
4-27-17
James N. Hatten Clerk
By: [signature]
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS HALLMAN, JR. | Criminal Information<br><br>No. 4:17-CR-009 |

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning on a date unknown to the grand jury and continuing until on or about November 23, 2015, in the Northern District of Georgia, the defendant, THOMAS HALLMAN, JR., did knowingly access with intent to view at least one visual depiction of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depictions (a) having been produced using minors engaging in sexually explicit conduct, (b) involving at least one prepubescent minor and at least one minor who had not attained 12 years of age, and (c) having been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

### Forfeiture

Pursuant to Title 18, United States Code, Section 2253, upon conviction of any of the offenses charged in this Information, the defendant, THOMAS HALLMAN, JR., shall forfeit to the United States of America:

1. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;
2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and
3. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

If any of the property described above, as a result of any act or omission of the defendant, THOMAS HALLMAN, JR.:

  a. cannot be located upon the exercise of due diligence;
  b. has been transferred or sold to, or deposited with, a third party;
  c. has been placed beyond the jurisdiction of the court;
  d. has been substantially diminished in value; or
  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title

18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

JOHN A. HORN
  *United States Attorney*

NICHOLAS HARTIGAN
  *Assistant United States Attorney*
Georgia Bar No. 408147

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181