IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> *v.* <br><br> THOMAS HALLMAN, JR. | Criminal Action No. <br> 4:17-CR-009-HLM |

**CONSENT MOTION TO CONTINUE SENTENCING**

The United States of America, by John A. Horn, United States Attorney for the Northern District of Georgia, and Nicholas Hartigan, Assistant United States Attorney for the Northern District of Georgia, files this Consent Motion to Continue the Sentencing. In support of this motion, the Government shows as follows:

1. On April 27, 2017, the Defendant pleaded guilty to a criminal Information. (Doc. 4). The sentencing hearing in this case is scheduled for Friday, July 21, 2017 at 2:00 p.m. (Doc. 5).

2. Counsel for the government is presently scheduled to be out of state on July 21, 2017 and failed to notice the conflict until this week. Therefore, the government request that the Court continue the sentencing to a later date.

3. The undersigned has conferred with Bernard Brody, counsel for Defendant, and confirmed that counsel consents to this motion.

**Conclusion**

WHEREFORE, the Government requests that this Court GRANT the Consent Motion to Continue Sentencing.

This 18th day of July, 2017.

                              Respectfully submitted,
                              JOHN A. HORN
                                *United States Attorney*

                              */s/ Nicholas Hartigan*
                              NICHOLAS HARTIGAN
                                *Assistant United States Attorney*
                              Georgia Bar No. 408147

                              600 U.S. Courthouse
                              75 Ted Turner Drive SW
                              Atlanta, GA 30303
                              404-581-6000; Fax: 404-581-6181

**Certificate of Service**

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

        Bernard Brody

July 18, 2017

                              /s/ NICHOLAS HARTIGAN
                              NICHOLAS HARTIGAN
                              *Assistant United States Attorney*